UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY MICHAEL MARCELLI, | Case No. 3:15-cv-00544-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ANTHONY VIERRA, et. al, | |
| Respondents. | |

Petitioner, a Nevada prisoner, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. no. 1) Petitioner has failed to submit an application to proceed in *forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR1-1, 1-2.

Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this Court in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six (6) months and a properly executed financial certificate.

It is therefore ordered that this action is dismissed without prejudice to the filing of a petition in a new action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

1    It is further ordered that the Clerk send petitioner two (2) copies each of an
2 application form to proceed in forma pauperis for incarcerated persons and a noncapital
3 Section 2254 habeas petition form, one copy of the instructions for each form, and a
4 copy of the papers that he submitted in this action.
5    It is further ordered that the Clerk enter judgment accordingly and close this
6 case.
7    Dated this 8th day of December 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE